UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :          08cr605-01 (SDW)

          v.                      :

                                  :               **ORDER**

EDWARD CORTES-ROMERO              :


     The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     It is on this  30TH  day of March 2009,

     O R D E R E D  that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Patrick McMahon, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

     Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

                                   _____
                                   SUSAN D. WIGENTON
                                   United States District Judge